

Abraham J. Colman (SBN 146933)
Cristyn N. Chadwick (SBN 280705)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Attorneys for Defendant
TOYOTA MOTOR CREDIT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARK CONKLIN,<br><br>  Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.; TOYOTA MOTOR CREDIT CORPORATION; and DOES 1 through 100 inclusive,<br><br>  Defendants. | Case No. 5:15-CV-05114-EJD-NMC<br><br>**STIPULATION TO EXTEND TIME FOR TOYOTA MOTOR CREDIT CORPORATION TO RESPOND TO COMPLAINT**<br>**[L.R. 6-1]**<br><br>Compl. Filed:  November 9, 2015<br>Trial Date:    None set<br><br>The Hon. Edward J. Davila |

Pursuant to Local Rule 6-1, Plaintiff Mark Conklin ("Plaintiff") and Defendant Toyota Motor Credit Corporation ("TMCC") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on November 9, 2015;

WHEREAS, on December 8, 2015, TMCC was served with the Complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), TMCC's final day to answer or otherwise respond to Plaintiff's Complaint was December 29, 2015;

WHEREAS, TMCC's counsel was recently retained in this matter and, due to an administrative error, the undersigned did not receive notice of the lawsuit or a copy Complaint until after the time to respond had passed;

WHEREAS, TMCC requires additional time to review the allegations before responding to the Complaint;

WHEREAS, Plaintiff has agreed to grant TMCC an extension of time, until January 15, 2016, to respond to the Complaint,

WHEREAS, an Initial Case Management Conference has been set for April 21, 2016 at 10:00 a.m. in Courtroom 4, and a Joint Case Management Statement is due for filing by April 14, 2016.

WHEREAS, extending TMCC's time to respond to the complaint until January 15, 2016 will not alter the date of any deadline fixed by Court order;

NOW, THEREFORE, the Parties hereby stipulate that TMCC shall have up to and including January 15, 2016, to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED:  January 12, 2016              SAGARIA LAW. P.C.

                                      By      */s/ Elliot W. Gale*
                                         Elliot W. Gale
                                         Attorneys for Plaintiff
                                         Mark Conklin

DATED:  January 12, 2016              REED SMITH LLP

                                      By      */s/ Cristyn N. Chadwick*[1]
                                         Cristyn N. Chadwick
                                         Attorneys for Defendant
                                         Toyota Motor Credit Corporation

---

[1] Pursuant to Northern District Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.