SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| MARK CONKLIN, | Case No.: 5:15-CV-05114-EJD |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT EQUIFAX, INC.; ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Mark Conklin and defendant Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT EQUIFAX, INC.; PROPOSED ORDER - 1

DATED: April 1, 2016					Sagaria Law, P.C.

								By: _/s/ Elliot W. Gale_
								Elliot W. Gale
								Attorneys for Plaintiff
								Mark Conklin

DATED: April 1, 2016					Nokes & Quinn

								By: _/s/ Thomas P. Quinn, Jr._
								Thomas P. Quinn, Jr.
								Attorneys for Defendant
								Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 4/7/2016					[signature]
								Edward J. Davila
								UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT EQUIFAX, INC.; PROPOSED ORDER - 2