```
SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone: 408-279-2288
Facsimile: 408-279-2299
```

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **MARK CONKLIN,** | CASE NO. 5:15-cv-05114-EJD |
|        **Plaintiff,** | |
| vs. | **NOTICE OF SETTLEMENT** |
| **EXPERIAN INFORMATION SOLUTIONS; et al.,** | |
|        **Defendants.** | |

**THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

    PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff Mark Conklin and Defendant Toyota Motor Credit Corporation in this matter.

    The parties are finalizing the terms of the settlement agreement and Plaintiff will dismiss Toyota Motor Credit Corporation as soon as the terms are finalized.

Date:  May 19, 2016                                 **SAGARIA LAW, P.C.**

                                                                          By: /s/Elliot W. Gale
                                                                            Elliot W. Gale
                                                                            *Attorneys for Plaintiff*