SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARK CONKLIN, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br> Defendants. | Case No.: 5:15-CV-05114-EJD <br><br> STIPULATION TO DISMISS DEFENDANT TOYOTA MOTOR CREDIT CORPORATION; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Mark Conklin and defendant Toyota Motor Credit Corporation ("TMCC"), that TMCC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: July 12, 2016         Sagaria Law, P.C.

                             By:    */s/ Elliot W. Gale*
                                    Elliot W. Gale
                             Attorneys for Plaintiff
                             Mark Conklin


DATED: July 12, 2016         Reed Smith LLP



                             By:    */s/ Cristyn Chadwick*
                                    Cristyn Chadwick
                             Attorneys for Defendant
                             Toyota Motor Credit Corporation


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Cristyn Chadwick has concurred in this filing.

*/s/ Elliot Gale*


### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Toyota Motor Credit Corporation is dismissed with prejudice.

IT IS SO ORDERED.


DATED: 7/13/2016                    _____
                                    Edward J. Davila
                                    UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT TOYOTA MOTOR CREDIT CORPORATION; ~~PROPOSED~~ ORDER - 2